PROB 12A
(Rev. 5/02 WVN)

# United States District Court
## for the
## Northern District of West Virginia

## Report on Offender Under Supervision

Name of Offender: Carl Cedric Booth    Case Number: 3:17CR79-1

Name of Sentencing Judicial Officer: The Honorable Gina M. Groh, Chief U. S. District Judge

Date of Original Sentence: January 22, 2019
Date of Revocation Sentence: August 8, 2019

Original Offense: Possession With Intent to Distribute Heroin

Original Sentence: 12 months imprisonment followed by three years supervised release
Revocation Sentence: 4 months imprisonment followed by 32 months supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: August 20, 2019

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
| --- | --- |
| 1 | Violation of Mandatory Condition No. 2: You must not unlawfully possess a controlled substance. |
| 2 | Violation of Mandatory Condition No. 3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| 3 | Violation of Standard Condition No. 4: You shall not unlawfully possess a controlled substance. You shall refrain from any unlawful use of a controlled substance. You shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the probation officer. |

On August 26, 2019, the defendant reported to the probation office as directed. During this meeting, a urinalysis was conducted and the initial testcup results indicated a positive specimen for buprenorphine (a/k/a suboxone). The specimen was sent to Alere and it was confirmed positive on August 31, 2019 for suboxone. *(Note: The defendant also tested positive this date on the handheld testcup for marijuana, however he admitted to using the substance while incarcerated at the Eastern Regional Jail, and therefore this admission is not reported as a violation).*

Additionally, on September 6, 2019 and again on September 13, 2019, the defendant reported to the office for mandatory weekly office visits. During each visit, the defendant verbally admitted using suboxone (without a prescription) during each week.

U. S. Probation Officer Action/Recommendation:

The term of supervision should be:

[X] **No action at this time.** The defendant has been compliant with weekly reporting instructions. He is also attending outpatient individual substance abuse counseling. During each office visit, discussions include focusing on obtaining a valid form of state identification, which in turn will provide greater opportunities for medication-assisted therapy and employment.

At this time, no further action is recommended while the probation office monitors the defendant's efforts to come into compliance with the court-ordered conditions. Any additional violations that are detected will promptly be reported to the Court.



Respectfully submitted,

By: _____Christine Bartholomay_____
Christine Bartholomay
U. S. Probation Officer
Date: September 19, 2019

---

*No response is necessary unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other
[ ] No Response
[✓] Concur with U. S. Probation Officer's Recommendation

_____
Signature of Judicial Officer

Sept. 20, 2019
Date


Carl Booth

# Drug Test Report

450 Southlake Blvd
Richmond, VA 23236
(804) 378-9130
FAX: (804) 379-5919

| | |
|---|---|
| WEST VIRGINIA NORTHERN PROB-MARTINSBURG | |
| JOHN MILLER | |
| 217 W KING ST., RM 310 | |
| MARTINSBURG, WV 25401 | |
| Facility Phone: 304-267-0778 | Fax: 000-000-0000 |

| | |
|---|---|
| Account Number: | 04240000P |
| Div. Office Number: | 04240003P |
| National Lab Number: | 121265950 |
| Specimen ID Number: | B03807501 |
| Specimen Type: | URINE |

Collection Site Number: 04240003P
Collection Site Name: WEST VIRGINIA NORTHERN PROB-MARTINSBURG
Collection Site Address: 217 W KING ST., RM 310
Collection Site City, State Zip: MARTINSBURG, WV 25401
Collection Site Phone: 304-267-0778
Collection Site Fax: 000-000-0000

PACTS Number: 4136823
Onsite Test ID:
Case Officer Initials: CB

Collector Name
MCAULIFFE



Reason for Drug Test: Urine Surveillance

Date Collected: 08/26/19
Date Received: 08/28/19
Date Reported: 08/31/19

Panel Description: BUPRENORPHINE CONF CLIN 1098

Confirmation Method: GC/MS and/or LC-MS/MS

The following drugs and/or drug classes were tested at the indicated threshold (cut-off) levels:

| Description | Screening Level | Confirmation Level | Result |
|---|---|---|---|
| BUPRENORPHINE | | 5 ng/ml | POSITIVE |

---

MARLEE GLASSCOCK - CERTIFYING TECHNICIAN/SCIENTIST

MCAULIFFE

COLLECTOR NAME

SCANNED

Page 1 of 1



**Alere Toxicology Services, Inc.**
1111 Newton St., Gretna, LA 70053
(504) 361-8989 (800) 433-3823

# Chain of Custody for Drug Analysis
## Federal Probation Services

**Specimen Number:** B03807501

**Account Number:** 04240003P

### Results Name & Address
WEST VIRGINIA NORTHERN PROB-MA
217 W KING ST. - RM 310
MARTINSBURG, WV 25401

304-267-0778

04240003P

**Tests Ordered (Check all that apply)**
- [ ] Primary Test Panel
- [x] Confirmation Only (specify) BUP
- [ ] Individual Special Tests (specify)

## SPECIMEN ID INFORMATION

Case Officer Initials: CB
Date Collected: 08/26/19

**Collector's Name:** McAuliffe

- [ ] 01 Officer
- [ ] 02 Treatment Program
- [ ] 03 Other

**Offender/Defendant Last Name:** Booth
**First Name:** Carl
**PACTS No.:** 413682? 

**Onsite/Test ID:**

**Reason For Specimen**
- [ ] 01 Presentence Report
- [x] 04 Urine Surveillance
- [ ] 02 Substance Abuse Treatment
- [ ] 05 Pretrial Report
- [ ] 03 Mental Health Treatment
- [ ] 06 Other (specify)

## MEDICAL QUESTIONNAIRE
**Medicine(s) Name:** N/A
**Reason for Use:**
**Date Used:**

### Offender/Defendant Certification
I certify the specimen I have provided on this date is my own and has not been adulterated. The specimen bottle was sealed in my presence. I have verified that the specimen number of the form, the barcode, and the specimen security seal are identical.

X C. Booth   8-26-18

### Specimen Collector Certification
I certify I collected the specimen identified by the specimen number on this form in accordance with the required collection procedures. I certify I applied the numbered security seal and barcode to the specimen bottle in the offender/defendant's presence. I have verified that the specimen number on the form, the barcode, and the specimen seal are identical.

S. McAuliffe   8/26/19

### Specimen Transfer Certification
I certify I prepared for transfer to Testing Laboratory the specimen identified by the specimen number on this form and have verified the identity of the specimen with its collection chain of custody documentation. I certify I applied the numbered security seal and barcode to the specimen bottle. I have verified the specimen number on the form, the barcode, and specimen security seal are identical.

B03807501   B03807501



Apply Barcode vertically on bottle

Use second seal & barcode for specimens screened on site.

### COLLECTOR INSTRUCTIONS
* **COMPLETE** - Specimen ID Information before collection
* **COLLECT** - Specimen in accordance with Administrative Procedures
* **AFFIX** - Security Seal and barcode to specimen bottle as illustrated above
* **ASK** - Offender/Defendant to verify bottle was sealed in his/her presence
* **INITIAL** - Initial security seal and enter date collected
* **ASK** - Offender/Defendant to read, sign, and date Offender/Defendant Certification
* **SIGN** - Specimen Collector Certification after sealing specimen bottle and applying security seal

8656350856



PLY 1    TEAR OFF TOP COPY AND RETAIN FOR YOUR RECORDS